NOT FOR PUBLICATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Edward Sharkey,<br><br>　　　　　　　Petitioner,<br><br>v.<br><br>Laura Escapule, et al.,<br><br>　　　　　　　Respondents. | No. CV-14-08180-PCT-JJT<br><br>**ORDER** |

**THIS MATTER** is before the Court upon Magistrate Judge David K. Duncan's Report and Recommendation (Doc. 9), filed May 4, 2015, to which Petitioner filed no Objection. While Petitioner's failure to file any objection could serve as a basis for this Court to adopt the R&R without further review, the Court has reviewed the Petition, the Answer, the exhibits thereto and the R&R on the merits. After considering the above filings, the Court will deny the Petition.

Judge Duncan is correct in concluding that Petitioner failed to exhaust any of his remedies in state court. He did not fairly present his claims to the Arizona Court of Appeals by providing that court with the facts underlying his claims or the federal basis of those claims, both of which were required for each claim. Moreover, due to his delay in presenting those claims, he is now time barred from going back and raising them before the proper tribunal because the limitations of Ariz. R. Crim Pr. 32 have been exceeded. His claims are thus now subject to a procedural bar, as Judge Duncan

1  correctly concluded. Finally, Petitioner has demonstrated no cause for the default and no
2  actual prejudice to excuse such default, nor has he attempted to do so.

3  **IT IS ORDERED** accepting, adopting and incorporating by reference Magistrate
4  Judge Duncan's Report and Recommendation and the analysis contained therein
5  (Doc. 9).

6  **IT IS FURTHER ORDERED** denying the Petition for a writ of habeas corpus
7  (Doc. 1) for the reasons set forth above and in more detail in the incorporated Report and
8  Recommendation.

9  **IT IS FURTHER ORDERED** denying a Certificate of Appealability because
10 Petitioner has not made a substantial showing of the denial of a constitutional right.

11 Dated this 26th day of June, 2015.

Honorable John J. Tuchi
United States District Judge